

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DON ZIMMERMAN, | § | |
| | | No. 08-20-00039-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 98th Judicial District Court |
| CITY OF AUSTIN and SPENCER CRONK, | § | |
| in his Official Capacity as City Manager of | | of Travis County, Texas |
| the City of Austin, | § | |
| | | (TC# D-1-GN-19-005930) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of this appeal. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF MARCH, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.